**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P, <br><br> Plaintiff, <br><br> vs. <br><br> CLEAN VISION CORPORATION and CEARTRUST, LLC (Relief Defendant), <br><br> Defendant. | Case Number: <br> 2:24-cv-02047-APG-BNW <br><br> **STIPULATION AND ORDER RE: PLAINTIFF'S MOTIONS [ECF NO. 5] AND DEFENDANTS' RESPONSE TO COMPLAINT [ECF NO. 1]** |

Defendants Clean Vision Corporation ("Clean Vision") and ClearTrust, LLC ("ClearTrust," and collectively with Clean Vision, the "Defendants"), and plaintiff Trillium Partners L.P. ("Plaintiff"), by and through their respective counsels of record, hereby stipulate and agree to as follows:

1. On or about November 1, 2024, Plaintiff filed its Complaint (ECF No. 1); Clean Vision and ClearTrust, were served with Summons and Complaint on November 6 and 7, 2024, respectively; and on or about November 8, 2024, Plaintiff filed its Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5).

2. Via this stipulation and order, the parties wish to stipulate to a limited temporary restraining order to maintain the *status quo* pending this Court's determination regarding Plaintiff's request for injunctive relief (ECF No. 5).

3. For the avoidance of doubt, nothing in this stipulation shall be construed as a waiver of defenses or claims in this case, all of which the parties expressly reserved by the

1 parties, and this stipulation shall not it be construed as an admission by Defendants that
2 Plaintiff's requested injunctive relief is appropriate.

3     4.    To that end, pending the Court's determination of Plaintiff's motions
4 injunctive relief (ECF No. 5), Defendants and their agents, servants and employees stipulate
5 to be enjoined and restrained from issuing or converting equity of Clean Vision, or taking any
6 action that would result in an increase in the total issued and outstanding shares of Common
7 Stock of Clean Vision, including, but not limited to, issuing unrestricted shares of Clean
8 Vision common stock (the "Limited TRO"). For the avoidance of doubt, this stipulation and
9 order shall *not* limit or restrict ClearTrust's ability to complete transfers of existing shares that
10 are presented to it in good order by existing shareholders or their agents, in compliance with
11 state and federal law.

12     5.    As security for the Limited TRO under FRCP 65(c), Plaintiff shall pay a bond
13 in the amount of ONE THOUSAND U.S. DOLLARS ($1,000), which shall be used to pay
14 the costs and damages sustained by any party found to have been wrongfully enjoined or
15 restrained.

16     6.    Finally, with respect to deadlines in this case, the parties further stipulate and
17 agree as follows:

18     a.    Defendants' deadline to oppose Plaintiff's pending motions injunctive
19 relief (ECF No. 5) shall be extended to **December 6, 2024**;

20     b.    Plaintiff's reply in support of its motion (ECF No. 5), if any, will be
21 due on **December 13, 2024**; and

22     c.    Defendants' responsive pleading to the Complaint shall be due on or
23 before **January 3, 2024**.

24     ///
25     ///
26     ///
27     ///
28     ///

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 17107-005 (#5691403.2)

Dated this 22nd day of November, 2024

**MARQUIS AURBACH**

By:*/s/ Alexander K. Calaway*
   Brian R. Hardy, Esq.
   Nevada Bar No. 10068
   Alexander K. Calaway, Esq.
   Nevada Bar No. 15188
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendants*

Dated this 22nd day of November, 2024

**MAIER GUTIERREZ & ASSOCIATES**

By:*/s/ Jean Paul Hendricks*
   Jason R. Maier, Esq.
   Nevada Bar No. 8557
   Jean Paul Hendricks, Esq.
   Nevada Bar No. 10079
   8816 Spanish Ridge Ave
   Las Vegas, Nevada 89148
   *Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE

DATED: 11/25/2024

MAC: 17107-005 (#5691403.2)