**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN VISION CORPORATION and CEARTRUST, LLC (Relief Defendant),<br><br>Defendant. | Case Number:<br>2:24-cv-02047-APG-BNW<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S MOTIONS [ECF NO. 5] AND DEFENDANTS' RESPONSE TO COMPLAINT [ECF NO. 1]<br>(SECOND REQUEST)** |

Defendants Clean Vision Corporation ("Clean Vision") and ClearTrust, LLC ("ClearTrust," and collectively with Clean Vision, the "Defendants"), and plaintiff Trillium Partners L.P. ("Plaintiff"), by and through their respective counsels of record, hereby stipulate and agree to as follows:

1. On or about November 1, 2024, Plaintiff filed its Complaint (ECF No. 1); Clean Vision and ClearTrust, were served with Summons and Complaint on November 6 and 7, 2024, respectively; and on or about November 8, 2024, Plaintiff filed its Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5).

2. On or about November 22, 2024, via stipulation (ECF No. 10), the parties stipulated to, among other things, a limited temporary restraining order to maintain the *status quo* pending this Court's determination regarding Plaintiff's request for injunctive relief (ECF No. 5). On or about November 26, 2024, the stipulation was reduced to an order (ECF No. 13).

3. Since entry of the stipulation and order (ECF No. 13), the parties have been working to resolve this matter in good faith. Accordingly, the parties wish to continue deadlines in this case again as follows:

    a. Defendants' deadline to oppose Plaintiff's pending motions injunctive relief (ECF No. 5) shall be extended to **December 20, 2024**;

    b. Plaintiff's reply in support of its motion (ECF No. 5), if any, will be due on **December 27, 2024**; and

    c. Defendants' responsive pleading to the Complaint shall be due on or before **January 10, 2024**.

| Dated this 6th day of December, 2024 | Dated this 6th day of December, 2024 |
|---|---|
| **MARQUIS AURBACH** | **MAIER GUTIERREZ & ASSOCIATES** |
| By: */s/ Alexander K. Calaway* <br> Brian R. Hardy, Esq. <br> Nevada Bar No. 10068 <br> Alexander K. Calaway, Esq. <br> Nevada Bar No. 15188 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for Defendants* | By: */s/ Jean Paul Hendricks* <br> Jason R. Maier, Esq. <br> Nevada Bar No. 8557 <br> Jean Paul Hendricks, Esq. <br> Nevada Bar No. 10079 <br> 8816 Spanish Ridge Ave <br> Las Vegas, Nevada 89148 <br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: 12/9/2024

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC: 17107-005 (#5708035.1)