JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JEAN PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
jph@mgalaw.com

*Attorneys for Plaintiff Trillium Partners, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> CLEAN VISION CORPORATION and CLEARTRUST, LLC (Relief Defendant) <br><br> Defendants. | Case No.: 2:24-cv-02047-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND FOR PLAINTIFFS REPLY IN SUPPORT OF ITS MOTIO FOR TEMPORARY RESTRAINIGN ORDER AND FOR PRELIMINARY INJUNCTION (ECF NO. 5) AND FOR DEFENDANTS RESPONSE TO COMPLAINT (ECF NO. 1)** <br> **(THIRD REQUEST)** |

Plaintiff, Trillium Partners, L.P. ("Plaintiff"), Defendant Clean Vision Corporation ("CLNV") and relief defendant, Cleartrust, LLC (collectively "the Defendants") hereby submit this Stipulation and order to extend the time for Plaintiff to file its reply in support of its motion for Temporary Restraining Order (ECF No. 5) and for Defendants to respond to Plaintiff's complaint (ECF No. 1). By and through their respective counsels of record, the parties hereby stipulate and agree as follows:

1. On or about November 1, 2024, Plaintiff filed its Complaint (ECF No. 1); Clean Vision and Clear Trust were served with the summons and complaint on November 6 ad November 7, 2024 respectively; and on or about November 8, 2024, Plaintiff filed its Motion for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 5 and 6).

1

2. On or about November 22, 2024, via stipulation (ECF No. 10), the parties stipulated to, among other things, a limited temporary restraining order to maintain the *status quo* pending this Court's determination regarding Plaintiff's request for injunctive relief (ECF No. 5). On or about November 26, 2024, the stipulation was reduced to an order (ECF No. 13).

3. On December 20, 2024, Defendant Clean Vision filed its opposition to Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 16). Plaintiff's reply in support if its Motion for Temporary Restraining Order and Preliminary Injunction is currently due on December 27, 2024, and Defendants response to Plaintiffs complaint is due January 10, 2025.

4. Since entry of the first stipulation and order (ECF No. 10) and second stipulation and order (ECF No 13), the parties have been actively working to resolve this matter in good faith. Those efforts have been delayed by the holidays and previously scheduled travel. Accordingly, the parties wish to continue deadlines in this case again as follows:

   a. Plaintiff's reply in support of its motion (ECF No. 5), if any, will be due on **January 6, 2025**.

   b. Defendants' responsive pleading to the Complaint shall be due on or before **January 20, 2025**.

5. This stipulation is submitted in good faith and not for purposes of delay. This is the parties' third stipulated request for extension of the above deadlines. This stipulation does not interfere with trial in this matter as there is no trial currently scheduled. The parties respectfully and mutually submit that the reasons set forth above constitute compelling reasons for their requested extension.

| | |
|---|---|
| DATED this 26th day of December 2024.<br>**MAIER GUTIERREZ & ASSOCIATES**<br><br>*/s/ Jean Paul Hendricks*<br>JASON R. MAIER, ESQ.<br>Nevada Bar No. 8557<br>JEAN PAUL HENDRICKS, ESQ.<br>Nevada Bar No. 10079<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff, Trillium Partners, LP* | DATED this 26th day of December 2024.<br>**MARQUIS AUERBACH**<br><br>*/s/ Alexander K. Callaway*<br>BRIAN R. HARDY, ESQ.<br>Nevada Bar No. 10068<br>ALEXANDER K. CALAWAY, ESQ.<br>Nevada Bar No. 15188<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

Dated: December 30, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE