**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P, <br><br> Plaintiff, <br><br> vs. <br><br> CLEAN VISION CORPORATION and CEARTRUST, LLC (Relief Defendant), <br><br> Defendant. | Case Number: <br> 2:24-cv-02047-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT (FOURTH REQUEST)** |

Defendants Clean Vision Corporation ("Clean Vision") and ClearTrust, LLC ("ClearTrust," and collectively with Clean Vision, the "Defendants"), and plaintiff Trillium Partners L.P. ("Plaintiff"), by and through their respective counsels of record, hereby stipulate and agree to as follows:

1. On or about November 1, 2024, Plaintiff filed its Complaint (ECF No. 1); Clean Vision and ClearTrust, were served with Summons and Complaint on November 6 and 7, 2024.

2. Via prior stipulations and orders, the parties stipulated to extend the deadline to Defendants' responsive pleading to the Complaint to January 3, 2025 (ECF No 13), then to January 10, 2025 (ECF No 15), and then to January 20, 2025 (ECF No 18). However, due to the motions in this case, as well as counsel for Defendants' trial schedule in other matters, Defendants were unable to file their responsive pleading on or before that date.

3. Via this stipulation and order, the parties hereby stipulate to extend the deadline to Defendants' responsive pleading to the Complaint to shall be due on or before

**February 18, 2025** (fourth request). The parties stipulate and agree that this request to extend the deadline to Defendants' responsive pleading to the Complaint is made for good cause and as a result of excusable neglect.

4. Finally, the parties further stipulate and agree to extend the deadline to Defendants' reply in support of their motion to strike (ECF No. 21) from February 12, 2025 to **February 19, 2025**. The parties stipulate and agree that this request to extend the deadline to Defendants' reply brief is made for good cause.

Dated this 5th day of February, 2025

**MARQUIS AURBACH**

By: */s/ Alexander K. Calaway*
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    Alexander K. Calaway, Esq.
    Nevada Bar No. 15188
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants*

Dated this 5th day of February, 2025

**MAIER GUTIERREZ & ASSOCIATES**

By: */s/ Jean Paul Hendricks*
    Jason R. Maier, Esq.
    Nevada Bar No. 8557
    Jean Paul Hendricks, Esq.
    Nevada Bar No. 10079
    8816 Spanish Ridge Ave
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

**IT IS FURTHER ORDERED** that absent extenuating circumstances, the Court is not inclined to grant further extensions.

MAC: 17107-005 (#5772621.1)