UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P., | Case No.: 2:24-cv-02047-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| CLEAN VISION CORPORATION, et al., | |
| Defendants | |

I ORDER that defendants Clean Vision Corporation and ClearTrust, LLC's certificate of interested parties (ECF No. 37) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each defendants as required by the amendment to that rule.  I remind defendant ClearTrust, LLC that as a limited liability company, it is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER these parties to file a proper certificate of interested parties by March 21, 2024.

DATED this 7th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE