**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRILLIUM PARTNERS, L.P., | Case No.: 2:24-cv-02047-APG-BNW |
| Plaintiff | **Order Dismissing Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| CLEAN VISION CORPORATION, et al., | |
| Defendants | |

Plaintiff Trillium Partners, L.P. filed suit in this court based on diversity jurisdiction. ECF No. 1. But because Trillium is a Florida citizen and so are some defendants, complete diversity does not exist. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005) ("Diversity jurisdiction requires complete diversity, meaning the plaintiff cannot be a citizen of the same state as any defendant."). Consequently, I ordered Trillium to show cause why this case should not be dismissed for lack of subject matter jurisdiction. ECF No. 60. Trillium responds by conceding that subject matter jurisdiction does not exist because complete diversity among the parties is lacking. ECF No. 64.

I THEREFORE ORDER that this case is dismissed for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

I FURTHER ORDER that all pending motions are denied without prejudice as moot.

DATED this 2nd day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE